268 So.2d 487

**Chesley Wyatt ADAMS**

v.

**STATE.**

**7 Div. 198.**

Court of Criminal Appeals of Alabama.

Oct. 24, 1972.

William J. Baxley, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for the State.

CATES, Presiding Judge.

Receiving, etc., stolen goods: sentence two years in the penitentiary, probation denied.

The judgment came from a plea of guilty. On authority of Ireland v. State, 47 Ala.App. 65, 250 So.2d 602, the judgment below is

Affirmed.

275 So.2d 724

**McArthur BASSETT**

v.

**STATE.**

**4 Div. 102.**

Court of Criminal Appeals of Alabama.

March 20, 1973.

For original opinion see Ala.Cr.App., 49 Ala.App. 733, 275 So.2d 713.

It is ordered that the judgment of the circuit court be affirmed on authority of 290 Ala. 259, 275 So.2d 720 (No opinion). All the Judges concur.

269 So.2d 905

**Shirly H. COCHRAN, Jr.**

v.

**Alice Lee COCHRAN, Now Alice Lee Jordan.**

**1 Div. 12.**

Court of Civil Appeals of Alabama.

Aug. 29, 1972.

Affirmed in part, in accordance with opinion rendered by the Supreme Court of Alabama, 289 Ala. 615, 269 So.2d 897. On appeal from an opinion of the Court of Civil Appeals, 269 So.2d 884.